

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 NO.:

BRANDON LEE HARRIS                                          23 – 00335 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #113] and the Debtor's Response [DK #114]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, should the Debtor become 60 days or more delinquent in Chapter 13 Plan Payments, calculated from November 1, 2025, then this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM


/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR