**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Brandon Lee Harris, Debtor** **Case No. 23-00335-JAW**
**CHAPTER 13**

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: September 1, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Brandon Lee Harris, Debtor** **Case No. 23-00335-JAW**
**CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor fell behind on his payments.
3. Debtor was out of work due to medical reasons but is now back working.
4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.
5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 1, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
BRANDON LEE HARRIS

CASE NO: 23-00335

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/1/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRANDON LEE HARRIS

CASE NO: 23-00335

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/1/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/1/2026

/s/ Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-00335
SOUTHERN DISTRICT OF MISSISSIPPI
TUE SEP 1 9-6-59 PST 2026

~~EXCLUDE~~

~~(U)UNITED CREDIT CORP OF FOREST~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

1ST HERITAGE CREDIT
ATTN BANKRUPTCY
605 CRESCENT BLVD
STE 101
RIDGELAND MS 39157-8659

AD ASTRA RECOVERY
7330 WEST 33RD ST N
SUITE 118
WICHITA KS 67205-9370

ADVANCED COLLECT
ATTN BANKRUPTCY
PO BOX 1630
MERIDIAN MS 39302-1630

AMERICAN CREDIT ACCEP
ATTN BANKRUPTCY
961 E MAIN ST FL 2
SPARTANBURG SC 29302-2185

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG SC 29302-2149

ASHLEY FUNDING SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

CAPITAL ONE
PO BOX 60599
CITY OF INDUS CA 91716-0599

CELTIC BANK CO
PO BOX 4488
BEAVERTON OR 97076-4402

CENTRAL CREDIT SERVICES
ATTN BANKRUPTCY
9550 REGENCY SQUARE BLVD
STE 500 A
JACKSONVILLE FL 32225-8169

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FASTPACE MISSISSIPPI
1621 W PEACE ST
CANTON MS 39046-9041

FIRST CONSUMERS
211 WOODGATE DR STE B
BRANDON MS 39042-2757

FIRST TOWER LOAN LLC
PO BOX 320001
FLOWOOD MS 39232-0001

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

HEIGHTS FINANCE HOLDING CO DBA FIRST HERI
OF MISSISSIPPI LLC 2101
HEIGHTS FINANCE DBA FIRST HERITAGE
PO BOX 1947
GREENVILLE SC 29602-1947

INTERNAL REVENUE SERVICES
CO US ATTORNEY
501 E COURT ST ST 4430
JACKSON MS 39201-5025

JOHN S SIMPSON ESQ
SIMPSON LAW FIRM PA
FOR UNITED CREDIT CORP OF FOREST
PO BOX 2058
MADISON MS 39130-2058

(P)KLS FINANCIAL SERVICES
PO BOX 565
MORRISVILLE NC 27560-0565

(P)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

(P)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

NCB MANAGEMENT
ATTN BANKRUPTCY
1 ALLIED DRIVE
FEASTERVILLE-TREVOSE PA 19053-6945

NEWTON FINANCE LLC
104 CONGREGATE RD
NEWTON MS 39345-9776

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

RAC ACCEPTANCE
4531 N STATE ST
JACKSON MS 39206-5308

RISE CREDIT
PO BOX 101808
FORT WORTH TX 76185-1808

SMITH ROUCHON
1456 ELLIS AVE
JACKSON MS 39204-2204

SPEEDY CASH
3611 N RIDGE RD
WICHITA KS 67205-1214

SPEEDYRAPID CASH
PO BOX 782260
WICHITA KS 67278-2260

(P)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO FL 32896-5060

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530- 2001

UNITED CREDIT CORP OF FOREST
234A N WOODLAND DR
FOREST MS 39074-3308

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WORLD FINANCE
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

DEBTOR

BRANDON LEE HARRIS
860 SCR 504C
FOREST MS 39074-5705

~~EXCLUDE~~
~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~