**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **BRANDON LEE HARRIS** | **23 – 00335 – JAW** |

## TRUSTEE'S RESPONSE TO MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtor's Motion to Allow Payment Arrearage [DK #121]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, Debtor is $3,786.50 delinquent in plan payments through September 2026.

2. That, pursuant to the Agreed Order (Docket Number 115), there is a 60 day payment compliance provision in place. Should the Court grant Debtor's Motion, the payment compliance provision should remain in place going forward.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 3, 2026

Respectfully submitted,

/S/HAROLD J. BARKLEY, JR.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Brandon Lee Harris
860 SCR 504C
Forest, MS 39074

Dated: September ____3____, 2026

/S/HAROLD J. BARKLEY, JR.
HAROLD J. BARKLEY, JR.