**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: CHAPTER 13 NO.:

BRANDON LEE HARRIS 23 – 00335 – JAW

## AGREED ORDER

THIS CAUSE came before this Honorable Court on the Debtor's Motion to Allow Payment Arrearage [Docket Number 121] and the Trustee's Response [Docket Number 123]; and the parties agree as follows:

THAT, the Debtor's Motion to Allow Payment Arrearage is hereby granted.

THAT, the Debtor shall remit $1,500.00 on or before October 20, 2026, or this case may be dismissed without further notice or hearing.

THAT, if paid, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

##END OF ORDER##

AGREED:

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr. (with permission)

THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR