United States Bankruptcy Court
Southern District of Mississippi

In re: Brandon Lee Harris, Debtor

Case No. 23-00335-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad 
Date Rcvd: Oct 28, 2026 Form ID: ntcdsm Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Lee Harris, 860 SCR 504C, Forest, MS 39074-5705 |
| 5194551 | + | Fastpace Mississippi, 1621 W Peace St, Canton, MS 39046-9041 |
| 5194556 | + | Newton Finance LLC, 104 Congregate Rd, Newton, MS 39345-9776 |
| 5194558 | + | RAC Acceptance, 4531 N State St, Jackson, MS 39206-5308 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5194542 | + | Email/Text: bankruptcy@curo.com | Oct 28 2026 20:22:00 | 1st Heritage Credit, Attn: Bankruptcy, 605 Crescent Blvd, Ste 101, Ridgeland, MS 39157-8659 |
| 5194543 | + | Email/Text: bkinfo@ccfi.com | Oct 28 2026 20:22:00 | Ad Astra Recovery, 7330 West 33rd St N, Suite 118, Wichita, KS 67205-9370 |
| 5194544 | + | Email/Text: kimbryanaci@gmail.com | Oct 28 2026 20:22:00 | Advanced Collect, Attn: Bankruptcy, Po Box 1630, Meridian, MS 39302-1630 |
| 5194545 | + | Email/Text: bankruptcy@acacceptance.com | Oct 28 2026 20:22:00 | American Credit Accep., Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5220333 | + | Email/Text: bankruptcy@acacceptance.com | Oct 28 2026 20:22:00 | American Credit Acceptance, 961 East Main Street, Spartanburg SC 29302-2149 |
| 5222357 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5194546 | | EDI: CAPITALONE.COM | Oct 29 2026 00:40:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5194547 | + | EDI: PHINGENESIS | Oct 29 2026 00:40:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5194548 | + | Email/Text: ngisupport@radiusgs.com | Oct 28 2026 20:21:00 | Central Credit Services, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 5194549 | + | EDI: WFNNB.COM | Oct 29 2026 00:40:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5314563 | | EDI: IRS.COM | Oct 29 2026 00:40:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5194550 | | Email/Text: rrush@familychoicefinancial.com | Oct 28 2026 20:21:00 | Family Choice Financial, Inc, 828 N Woodland Dr, Forest, MS 39074 |

| | | | | |
|---|---|---|---|---|
| 5224977 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5224984 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5221353 | + | Email/Text: bankruptcy@curo.com | Oct 28 2026 20:22:00 | Heights Finance Holding Co. d/b/a First Heritage, of Mississippi, LLC 2101, Heights Finance dba First Heritage, P.O Box 1947, Greenville, SC 29602-1947 |
| 5314564 | + | Email/Text: ebone.woods@usdoj.gov | Oct 28 2026 20:22:00 | Internal Revenue Services, c/o US Attorney,, 501 E Court St, St. 4.430,, Jackson, MS 39201-5025 |
| 5205841 | ^ | MEBN | Oct 28 2026 20:17:51 | John S. Simpson, Esq., Simpson Law Firm, P.A., for United Credit Corp of Forest, P.O. Box 2058, Madison, MS 39130-2058 |
| 5194552 | | Email/Text: BKRsecure@klsfs.com | Oct 28 2026 20:21:00 | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway, Ste 500, Morrisville, NC 27560 |
| 5194553 | | Email/Text: govtaudits@labcorp.com | Oct 28 2026 20:21:00 | Lab Corp, P.O. Box 2240, Burlington, NC 27216 |
| 5194554 | | Email/Text: sheri@masinc.org | Oct 28 2026 20:21:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5194555 | ^ | MEBN | Oct 28 2026 20:17:52 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 5194557 | | EDI: PRA.COM | Oct 29 2026 00:40:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5216305 | | EDI: PRA.COM | Oct 29 2026 00:40:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5214284 | | EDI: Q3G.COM | Oct 29 2026 00:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5194559 | + | EDI: PHINELEVATE | Oct 29 2026 00:40:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5194562 | | Email/Text: bankruptcy@springoakscapital.com | Oct 28 2026 20:21:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5194560 | + | Email/Text: Tracey@sra-inc.net | Oct 28 2026 20:22:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5194561 | + | Email/Text: bkinfo@ccfi.com | Oct 28 2026 20:22:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5196970 | + | Email/Text: bkinfo@ccfi.com | Oct 28 2026 20:22:00 | Speedy/Rapid Cash, P.O. Box 782260, Wichita, KS 67278-2260 |
| 5194563 | | EDI: SYNC | Oct 29 2026 00:40:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5194564 | | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5314565 | ^ | MEBN | Oct 28 2026 20:17:53 | US Attorney General, US Dept of Justice,, 950 Pennsylvania Ave NW,, Washington DC,20530-2001 |
| 5194565 | + | Email/Text: forest@fmcfinance.net | Oct 28 2026 20:22:00 | United Credit Corp of Forest, 234-A N Woodland Dr, Forest, MS 39074-3308 |
| 5194566 | + | Email/Text: bk@worldacceptance.com | Oct 28 2026 20:22:00 | World Finance, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | United Credit Corp of Forest |
| 5229410 | ##+ | First Consumers, 211 Woodgate Dr Ste B, Brandon, MS 39042-2757 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John S. Simpson | on behalf of Creditor United Credit Corp of Forest jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandon Lee Harris trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 23–00335–JAW
Chapter: 13

In re:
Brandon Lee Harris
860 SCR 504C
Forest, MS 39074

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–1943

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 28, 2026.

Dated: 10/28/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600